# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARCELLUS GREENE, a.k.a.
MARVELLOUS AFRIKAN WARRIOR,

Plaintiff,

v.

LAUREL OLVERA, et al.,

Defendants.

CASE NO. 1:16-cv-01605-LJO-MJS (PC)

**ORDER DENYING MOTION TO VACATE JUDGEMENT**

**(ECF No. 13)**

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On March 23, 2017, Plaintiff's complaint was dismissed with prejudice, and the matter was closed. (ECF Nos. 11, 12.)

Before the Court is Plaintiff's April 19, 2017 Motion to Vacate Judgment, brought pursuant to Federal Rule of Civil Procedure 59(e). (ECF No. 13.) Plaintiff provides no basis for vacating the Court's judgment, reconsidering its prior ruling, or providing Plaintiff relief. The cases cited by Plaintiff are inapposite.

Accordingly, the motion to vacate judgment (ECF No. 22) is HEREBY DENIED.

IT IS SO ORDERED.

Dated: __**April 21, 2017**__          _____/s/ Lawrence J. O'Neill_____
                                          UNITED STATES CHIEF DISTRICT JUDGE